COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Norris Briscoe v. The State of Texas

Appellate case number:      01-12-00646-CR

Trial court case number:    1305620

Trial court:                179th District Court of Harris County, Texas

The certification filed in this case was signed by the trial judge, appellant, and appellant's attorney, but was not completed by the trial judge and does not indicate whether appellant has the right of appeal.  The Rules of Appellate Procedure require that a certification from the trial court of the appellant's right to appeal be filed in every criminal case in which the trial court enters a judgment or other appealable order.  *See* TEX. R. APP. P. 25.2(a)(2).

Accordingly, we abate this appeal and remove it from this Court's active docket.

We direct the trial court to conduct a hearing at which a representative of the Harris County District Attorney's Office and appellant's counsel, Cheri Duncan, shall be present. Appellant shall also be present for the hearing in person.

At the hearing, the trial court shall complete a new certification of the appellant's right to appeal.  The certification must be signed by the trial court, appellant, and appellant's counsel.

The trial court shall have a court reporter record the hearing, and a reporter's record of the hearing shall be filed in this court **within 20 days of the date of this order**.  A supplemental clerk's record containing the completed certification of appellant's right to appeal shall be filed with the Clerk of this Court **within 20 days of the date of this order.**

The appeal is abated, treated as a closed case, and removed from this Court's active docket.  The appeal will be reinstated on this Court's active docket when the supplemental

clerk's record and reporter's record of the abatement hearing are filed in this Court. **The court coordinator of the trial court shall set a hearing date and notify the parties of such date.**

It is so ORDERED.

Judge's signature: /s/ Justice Rebeca Huddle
☑ Acting individually     ☐ Acting for the Court

Date:  September 4, 2012